IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KEVIN MOHEIT,

    Plaintiff,

v.                                No.2:20-CV-01358 CG-GJF

VILLAGE OF TULAROSA,

    Defendant.

## ENTRY OF APPEARANCE

COMES NOW, Laura K. Vega (New Mexico Self Insurers Fund), and hereby enters her appearance on behalf of Defendant Village of Tularosa.

Respectfully Submitted,

NEW MEXICO SELF INSURERS FUND

By: */s/ Laura K. Vega*
Laura K. Vega
P.O. Box 846
Santa Fe, NM 87504
Telephone: (505) 992-3528
Facsimile: (505) 820-0670
lvega@nmml.org
*Attorney for Village of Tularosa*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2021, the foregoing was submitted through the CM/ECF electronic filing system which caused counsel of record to be served by electronic means.

*/s/Laura K. Vega*
Laura K. Vega