IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KEVIN MOHEIT,

    Plaintiff,

v.                                         No.2:20-CV-01358 CG-GJF

VILLAGE OF TULAROSA,

    Defendant.

## NOTICE OF WITHDRAW OF COUNSEL

Defendant Village of Tularosa hereby notifies the Court and all parties of record that Renni Zifferblatt is no longer a member of New Mexico Self Insurers Fund and is withdrawing from representation of Defendants in this matter. Laura K. Vega whose entry of appearance is filed concurrently herewith will proceed as counsel of record for represent Defendant Village of Tularosa.

Respectfully Submitted,

NEW MEXICO SELF INSURERS FUND

By: */s/ Laura K. Vega*
    Laura K. Vega
    P.O. Box 846
    Santa Fe, NM 87504
    Telephone: (505) 992-3528
    Facsimile: (505) 820-0670
    lvega@nmml.org
    *Attorney for Village of Tularosa*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2021, the foregoing was submitted through the CM/ECF electronic filing system which caused counsel of record to be served by electronic means.

*/s/Laura K. Vega*
Laura K. Vega