IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KEVIN MOHEIT,**

    Plaintiff,

vs.                                       No. 2:20-cv-01358-KWR-GJF

**VILLAGE OF TULAROSA,**

    Defendant,

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court upon the Stipulation of Dismissal (Doc. 53) signed and approved by counsel for all parties. The Court, being fully advised in the premises, **APPROVES** the Stipulation and **FINDS** that this cause should be **DISMISSED WITH PREJUDICE.**

**IT IS THEREFORE ORDERED** that the above-entitled cause is **DISMISSED WITH PREJUDICE.** These parties shall bear their own court costs and attorneys' fees.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

Submitted:

BRENNAN & SULLIVAN, P.A.

By:     */s/ Christina L. G. Brennan*
        Christina L. G. Brennan
        128 East DeVargas
        Santa Fe, New Mexico 87501
        (505) 995-8514
        Christina@BrennSull.com
        *Attorneys for Defendant*

APPROVED:

By :    *Via email 11/5/2021*
        John R. Beauvais
        J. Robert Beauvais, P.A.
        Post Office Box 2408
        102 Whitlock
        Ruidoso, NM  88345
        575-257-6321
        Lincolnlawyer575@gmail.com
        *Attorney for Plaintiff*

2